Form DEF7 (03/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Whitney Leigh Langston**<br>500 Dunlap St<br>Lansing, MI 48910<br>SSN: xxx–xx–5765<br><br>**Debtor** | **Case Number 19–04658–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 11/4/19 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Means Test Form B122 due 11/18/2019.
    Schedules A/B–J due 11/18/2019.
    Summary of Assets and Liabilities due 11/18/2019.
    Declaration About Schedules due 11/18/2019.
    Statement of Financial Affairs due 11/18/2019.
    Asset Protection Report due 11/18/2019.

Local Rule 5005–2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Michelle M. Wilson
Clerk of Court

**Dated:** November 4, 2019